Darnell Eugene KING, Petitioner—
Appellant,

v.

WARDEN, FEDERAL CORRECTION-
AL INSTITUTION—Williamsburg;
United States Parole Commission, Re-
spondents—Appellees.

No. 07–6534.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2007.

Decided: Aug. 15, 2007.

Darnell Eugene King, Appellant Pro Se.
Barbara Murcier Bowens, Office of the
United States Attorney, Columbia, South
Carolina, for Appellees.

Before MICHAEL, SHEDD, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Darnell Eugene King, a federal prisoner
and District of Columbia Code offender,
appeals the district court's order adopting
the report and recommendation of the
magistrate judge to deny relief on his 28
U.S.C. § 2241 (2000) petition and suggest-
ing respondents make a good faith effort
to obtain King's records and definitively
substantiate or refute his claim that his
presentence investigation report is inaccu-
rate. The order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. *See* 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that any assessment of the constitu-
tional claims by the district court is debat-
able or wrong and that any dispositive
procedural ruling by the district court is
likewise debatable. *See Miller–El v. Cock-
rell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDan-
iel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683–84 (4th Cir.2001). We have inde-
pendently reviewed the record and con-
clude that King has not made the requisite
showing. Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*